IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARCHIE CRANFORD,

      Plaintiff,                   1: 08 CV 01734 YNP SMS (PC)

    vs.                            ORDER RE MOTION (DOC 5)

LETTY AVILA, et al.,

      Defendants.

      Plaintiff has filed a motion requesting the U.S. Marshal to effect service upon defendants. In due course, the Court will issue a screening order addressing the operative pleading.  Should Plaintiff state a claim for relief against either of the defendants, the Court will issue the appropriate orders directing service of process.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

    IT IS SO ORDERED.

**Dated:** **September 29, 2009**               /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE